UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD IVEY, SR.,                                          Case No. 16-CV-14454

       Plaintiff,                                      Hon. Laurie J. Michelson

vs.

NAVIENT SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

       Defendants.

---

| | |
|---|---|
| GARY D. NITZKIN (P41155) | BONNIE L. MARTIN (IN #2024818) |
| TRAVIS SHACKELFORD (P68710) | Ogletree, Deakins, Nash, Smoak & Stewart, PC |
| Michigan Consumer Credit Lawyers | Attorneys for Defendant Navient Solutions, Inc |
| Attorney for Plaintiff | 111 Monument Circle, Suite 4600 |
| 22142 W. Nine Mile Rd. | Indianapolis, IN 46204 |
| Southfield, MI 48033 | (317) 916-2118 |
| (248) 353-2882 | bonnie.martin@ogletreedeakins.com |
| | |
| | BENJAMIN A. ANCHILL (P70968) |
| | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
| | Attorneys for Defendant Navient Solutions, Inc. |
| | 34977 Woodward Avenue, Suite 300 |
| | Birmingham, MI 48009 |
| | (248) 593-6400 |
| | benjamin.anchill@ogletreedeakins.com |

---

**STIPULATION TO EXTEND TIME FOR DEFENDANT NAVIENT SOLUTIONS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Upon the stipulation of the parties, Defendant Navient Solutions, Inc. shall serve and file an answer or other response to the Complaint, as allowed by the Federal Rules of Civil Procedure, on or before February 20, 2017.

| Michigan Consumer Credit Lawyers | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
|---|---|
| s/Travis Shackelford (with consent) | s/Benjamin A. Anchill |
| TRAVIS SHACKELFORD (P68710) | BENJAMIN A. ANCHILL |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 W. Nine Mile Rd. | 34977 Woodward Avenue, Suite 300 |
| Southfield, MI 48033 | Birmingham, MI 48009 |
| (248) 353-2882 | (248) 593-6400 |
| travis@crlam.com | benjamin.anchill@ogletreedeakins.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD IVEY, SR.,                           Case No. 16-CV-14454

       Plaintiff,                         Hon. Laurie J. Michelson

vs.

NAVIENT SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES, LLC,

       Defendants.

---

| | |
|---|---|
| GARY D. NITZKIN (P41155) | BONNIE L. MARTIN (IN #2024818) |
| TRAVIS SHACKELFORD (P68710) | Ogletree, Deakins, Nash, Smoak & Stewart, PC |
| Michigan Consumer Credit Lawyers | Attorneys for Defendant Navient Solutions, Inc |
| Attorney for Plaintiff | 111 Monument Circle, Suite 4600 |
| 22142 W. Nine Mile Rd. | Indianapolis, IN 46204 |
| Southfield, MI 48033 | (317) 916-2118 |
| (248) 353-2882 | bonnie.martin@ogletreedeakins.com |
| | |
| | BENJAMIN A. ANCHILL (P70968) |
| | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
| | Attorneys for Defendant Navient Solutions, Inc. |
| | 34977 Woodward Avenue, Suite 300 |
| | Birmingham, MI 48009 |
| | (248) 593-6400 |
| | benjamin.anchill@ogletreedeakins.com |

---

**ORDER EXTENDING TIME FOR DEFENDANT NAVIENT SOLUTIONS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Based upon the above stipulation of counsel for the parties, it is hereby ordered that the time for Defendant Navient Solutions, Inc. to serve and file an answer or other response to the Complaint is extended to on or before February 20, 2017.

    SO ORDERED.

|  |  |
|---|---|
|  | s/Laurie J. Michelson |
|  | LAURIE J. MICHELSON |
| Dated: January 26, 2017 | U.S. DISTRICT JUDGE |