UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD IVEY, SR.,                                Case No. 16-CV-14454

    Plaintiff,                            Hon. Laurie J. Michelson

vs.

NAVIENT SOLUTIONS, INC.,

    Defendant.

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Navient Solutions, LLC (formerly known as Navient Solutions, Inc.) with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Travis L. Shackelford | /s/ Benjamin A. Anchill |
| Travis L. Shackelford (P68710) | Benjamin A. Anchill (P70968) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 34977 Woodward Avenue, Suite 300 |
| Southfield, Michigan 48034 | Birmingham, MI 48009 |
| (248) 353-2882 | (248) 593-6400 |
| travis@crlam.com | benjamin.anchill@ogletreedeakins.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD IVEY, SR.,                        Case No. 16-CV-14454

         Plaintiff,                     Hon. Laurie J. Michelson

vs.

NAVIENT SOLUTIONS, INC.,

         Defendant.

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action against Defendant Navient Solutions, LLC (formerly known as Navient Solutions, Inc.) is hereby dismissed with prejudice and without fees or costs to either party.

                                               s/Laurie J. Michelson
                                               LAURIE J. MICHELSON
Dated: May 5, 2017                       U.S. DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 5, 2017.

s/Keisha Jackson
Case Manager
